**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RAUL LOPEZ CHAVIANO,

Plaintiff,

v. Case No. 2:26-cv-2733-KCD-KRH

WARDEN, GLADES COUNTY DETENTION CENTER and UNITED STATES ATTORNEY GENERAL

Defendant.

______________________________/

**ORDER**

Petitioner, a detainee of the United States Immigration and Customs Enforcement ("ICE"), filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241. He now moves for a change of address and asks the Court to retain jurisdiction following his transfer to Krome Service Processing Center in Miami, Florida. (Doc. 4 at 1). The Motion is granted. Petitioner was detained in the Middle District of Florida when he filed his petition, so the Court retains jurisdiction despite his transfer. *See Rumsfled v. Padilla*, 542 U.S. 426, 441 (2004).

The Court also extends Petitioner's filing-fee deadline sua sponte. Initially, Petitioner had until November 5, 2026, to pay the $5 filing fee, apply to proceed in forma pauperis ("IFP"), or show cause why this case should not be dismissed. (Doc. 2). Because he was transferred before that order reached him, the deadline is extended to November 19, 2026.

**ORDERED:**

1. Petitioner's Motion for Change of Address (Doc. 4) is **GRANTED**. The Clerk is **DIRECTED** to update the docket to reflect Petitioner's current address.

2. **On or before November 19, 2026**, Petitioner shall pay the $5 filing fee, apply to proceed in forma pauperis, or show cause why this case should not be dismissed for failing to either pay or proceed IFP.

In Fort Myers, Florida on October 26th, 2026.

Kevin R. Huguelet
United States Magistrate Judge