**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-27736-BLOOM**

RAUL LOPEZ CHAVIANO,

Petitioner,

v.

WARDEN, KROME NORTH PROCESSING CENTER,

Respondent.
_______________________________________________/

**ORDER ON PETITION FOR WRIT OF HABEAS CORPUS**

**THIS CAUSE** is before the Court upon Petitioner Raul Lopez Chaviano's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2241, alleging that he has been unlawfully detained in Immigration and Customs Enforcement ("ICE") custody. ECF No. [1]. The Court ordered a response from Respondent. ECF No. [14]. Respondent timely filed a Response, ECF No. [17]. Respondent does not oppose Petitioner's request for release. *Id*.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Petition, **ECF No. [1]**, is **GRANTED**.
2. Respondent is directed to immediately release Petitioner on conditions of supervision pursuant to 8 U.S.C. § 1231(a)(3).
3. The Clerk of Court shall **CLOSE** this case.
4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 20, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record